**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**
FORT LAUDERDALE DIVISION

CASE NO. 00-7281-CIV-ZLOCH
Magistrate Judge Seltzer

AMERICAN DISABILITY ASSOCIATION, INC.,

    Plaintiff,

vs.

ARIEL CHMIELARZ,

    Defendant.
_____/



## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, AMERICAN DISABILITY ASSOCIATION, INC. ("Plaintiff") and Defendant, ARIEL CHMIELARZ ("Defendant"), by and through undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Stipulation for Settlement entered into among the parties, hereby stipulate to the dismissal of the above-styled action with prejudice. Pursuant to the terms of the Stipulation for Settlement, the parties request the Court to retain jurisdiction to enforce the terms of the Stipulation for Settlement and to determine amounts of reasonable fees and costs to which Plaintiff is entitled, which the parties agree will be disposed of by Motion. Attached hereto is a form Order of Dismissal.

Respectfully submitted by:

BY _____
ANTHONY J. LIVOTI, JR.
Florida Bar No. 174608
Attorney for Defendant
Law Offices of Anthony M. Livoti, Jr.
721 N.E. Third Avenue
Fort Lauderdale, Florida 33301
Telephone: (954) 463-3777

DATED: 4/-26-01

BY _____
WILLIAM M. FRANZ
Florida Bar No. 848298
Attorney for Plaintiff
Weiss & Handler, P.A.
One Boca Place - Suite 218-A
2255 Glades Road
Boca Raton, Florida 33431
Telephone: (561) 997-9995

DATED: 4/26/2001