UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-7281-CIV-ZLOCH

AMERICAN DISABILITY ASSOCIATION, INC.,

    Plaintiff,

vs.

ARIEL CHMIELARZ,

    Defendant.

_____/



### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, American Disability Association, Inc., through counsel, pursuant to Defendant ARIEL CHMIELARZ, having satisfied by payment in full the amounts due under the final judgment rendered on July 30, 2002 and the final judgment rendered on February 24, 2003 and all other issues having been resolved, hereby voluntarily dismisses the above-styled action with prejudice.

    WEISS & HANDLER, P.A.
    Attorneys for
    One Boca Place, Suite 218A
    2255 Glades Road
    Boca Raton, Florida 33431
    Tel: (561) 997-9995
    Fax: (561) 997-5280

By: _____
    David K. Friedman, Esq.
    Fla. Bar. No. 307378
    Attorney for Plaintiff

NON-COMPLIANCE OF S.D. fla. L.R. 5.1/H.2



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to Anthony M. Livoti, Jr., 721 N.E. 3rd Ave, Fort Lauderdale, Florida 33301 this _/_ day of October, 2003.

By: _____
David K. Friedman, Esq.
Fla. Bar. No. 307378

S:\gen1\DKF\ADA Judgments\N-VOL.DISMISSAL